UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

Jean-Pierre

V.

USA

-----------------------------------------------------x

USDC #: 00-cv-3903
USCA# 11-3530
JUDGE: AMO N

## FIRST SUPPLEMENTAL RECORD

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ DEC 2 0 2011 ★

BROOKLYN OFFICE

Index Prepared By:   MARY ANN MCGEE

Address:   EASTERN DISTRICT OF NEW YORK

Telephone No.:   (718) 613-2310

The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site http://www.nyed.uscourts.gov.

11/17/11

I HEREBY ACKNOWLEDGE RECEIPT OF THE CERTIFIED COPY OF DOCKET ENTRIES, INDEX AND _Iuel, Nc_ VOLUMES OF ORIGINAL RECORD.

DATE: _11-18-11_

Catherine O'Hagan Wolfe
CLERK, U.S.C.A. 2nd Cir

3
5
3
0